

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2022

No. 04-22-00152-CV

**IN THE INTEREST OF Q.M.C.**, A Child,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00761
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. After receiving a twenty-day extension of time, appellant's brief was due on May 9, 2022. On that day, appellant filed a second motion requesting a ten-day extension of time. After consideration, we **grant** the motion and **order** appellant to file her brief **by May 19, 2022**.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2022.

MICHAEL A. CRUZ, Clerk of Court